*Messrs. Walker & Walker* and *Mr. Jas. E. Healy,* for Relator.

---

No. 3,432.—JOHN W. BLAIR ET AL., APPELLANTS, *v.* M. PETERSON ET AL., RESPONDENTS.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided October 1, 1914.

PER CURIAM.—It is ordered that the appeal herein be, and the same is hereby, dismissed in accordance with *praecipe* of counsel for appellants.

*Messrs. Hamblen & Gilbert* and *Scharnikow & Paul,* for Appellants.

*Messrs. Rodgers & Rodgers* and *Mr. S. P. Wilson,* for Respondents.

---

No. 3,513.—STATE EX REL. A. B. COOK, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition.

Decided October 20, 1914.

PER CURIAM.—It is ordered that the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel.

*Messrs. Galen & Mettler,* for Relator.

*Mr. Jas. A. Walsh* and *Mr. Ransom Cooper,* for Respondents.